**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-00575 |
| | § | |
| MICHAEL JOHN BOLSINGA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $2,953.00 | Assets Exempt: | $40,400.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,077.05 | Claims Discharged Without Payment: | $12,644.81 |
| Total Expenses of Administration: | $386.23 | | |

    3)    Total gross receipts of $1,556.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $92.72 (see **Exhibit 2**), yielded net receipts of $1,463.28 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $386.23 | $386.23 | $386.23 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $13,719.81 | $1,075.89 | $1,075.89 | $1,077.05 |
| **Total Disbursements** | $13,719.81 | $1,462.12 | $1,462.12 | $1,463.28 |

4). This case was originally filed under chapter 7 on 01/09/2014. The case was pending for 15 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/21/2015          By:   /s/ David P. Leibowitz
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Tax Refund | 1224-000 | $1,556.00 |
| **TOTAL GROSS RECEIPTS** | | $1,556.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| BOLSINGA, MICHAEL JOHN | Surplus Funds | 8200-002 | $92.72 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $92.72 |

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $365.83 | $365.83 | $365.83 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $2.08 | $2.08 | $2.08 |
| Green Bank | 2600-000 | NA | $18.32 | $18.32 | $18.32 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $386.23 | $386.23 | $386.23 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital Recovery V, LLC | 7100-900 | $1,075.00 | $1,075.89 | $1,075.89 | $1,075.89 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Capital Recovery V, LLC | 7990-000 | $0.00 | $0.00 | $0.00 | $1.16 |
| Barclays Bank Delaware | 7100-000 | $11,392.00 | $0.00 | $0.00 | $0.00 |
| Cook County Revenue | 7100-000 | $227.81 | $0.00 | $0.00 | $0.00 |
| Dennis Kellog | 7100-000 | $1,025.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $13,719.81 | $1,075.89 | $1,075.89 | $1,077.05 |

**UST Form 101-7-TDR (10/1/2010)**

Case 14-00575   Doc 23   Filed 05/13/15   Entered 05/13/15 12:10:24   Desc Main
Document   Page 5 of 8

Page No: 1

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No.: | 14-00575-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | BOLSINGA, MICHAEL JOHN | | Date Filed (f) or Converted (c): | 01/09/2014 (f) |
| For the Period Ending: | 4/21/2015 | | §341(a) Meeting Date: | 02/26/2014 |
| | | | Claims Bar Date: | 06/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1   Tax Refund (u) | $0.00 | $1,556.00 | | $1,556.00 | FA |
| 2   Cash in my wallet | $45.00 | $45.00 | | $0.00 | FA |
| 3   Checking account. Paypal. Savings Account | $788.00 | $788.00 | | $0.00 | FA |
| 4   Security deposit - apartment. Dennis Kellogg. 105 W. Madison St., Chicago, IL 60602 | $685.00 | $685.00 | | $0.00 | FA |
| 5   couch (70) Laptop (800) phone (100) bed (200) disch (50) tables (100) 2 file cab (100) chairs (60) tv (10) + | $1,500.00 | $100.00 | | $0.00 | FA |
| **Asset Notes:**   Laptop 800 Furniture 600 | | | | | |
| 6   300 Books and 100 CD's at used prices. National Geographic magazine | $900.00 | $900.00 | | $0.00 | FA |
| 7   Normal clothing at resale prices | $600.00 | $0.00 | | $0.00 | FA |
| 8   moniter(60) guitar (50) amp (75) camera (300) 2 bikes (350) golf clubs (250) | $1,085.00 | $135.00 | | $0.00 | FA |
| 9   Motor scotter, not running | $300.00 | $300.00 | | $0.00 | FA |
| 10  Apple Laptop | $800.00 | $0.00 | | $0.00 | FA |
| 11  Wages | $36,550.00 | $0.00 | | $0.00 | FA |
| 12  Cellular Phone | $100.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                        **Gross Value of Remaining Assets**

$43,353.00         $4,509.00                                       $1,556.00         $0.00

**Major Activities affecting case closing:**

| 11/11/2014 | TFR prepared for Trustee's Review |
| 10/15/2014 | Prepare TFR |
| 10/15/2014 | TFR needs to be prepared |
| 05/17/2014 | Tax refund turned over |
| 03/19/2014 | Payment received RE Payment for non-exempt portion of Tax refund. |
| 03/18/2014 | Received letter from IRS that Tax Intercept cannot be completed as refunds was issued to debtor prior to receipt. Call Debtor and requested copy of return. |
| 03/03/2014 | Tax Intercept Completed |

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2014 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 01/14/2015 | DAVID LEIBOWITZ |

Page No: 1
Case 14-00575   Doc 23   Filed 05/13/15   Entered 05/13/15 12:10:24   Desc Main
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document      Page 6 of 8
Exhibit 9

| Case No. | 14-00575-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | BOLSINGA, MICHAEL JOHN | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6619 | | Checking Acct #: | ******7501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/9/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/21/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/19/2014 | (1) | Michael Bolsinga | Payment for non-exempt portion of Tax refund. | 1224-000 | $1,556.00 | | $1,556.00 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $0.97 | $1,555.03 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.42 | $1,552.61 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.58 | $1,550.03 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.33 | $1,547.70 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.49 | $1,545.21 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.57 | $1,542.64 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.32 | $1,540.32 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.64 | $1,537.68 |
| 01/14/2015 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $365.83 | $1,171.85 |
| 01/14/2015 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $2.08 | $1,169.77 |
| 01/14/2015 | 3002 | VOID: David P. Leibowitz | Check printed on deposit paper.  Void and reissued | 2200-003 | | ($2.08) | $1,171.85 |
| 01/14/2015 | 3003 | Capital Recovery V, LLC | Claim #: 1; Amount Claimed: 1,075.89; Amount Allowed: 1,075.89;  Distribution Dividend: 100.00; | * | | $1,077.05 | $94.80 |
| | | | Claim Amount                   $(1,075.89) | 7100-900 | | | $94.80 |
| | | | Interest                               $(1.16) | 7990-000 | | | $94.80 |
| 01/14/2015 | 3003 | VOID: Capital Recovery V, LLC | Check printed on deposit paper.  Void and reissued | * | | ($1,077.05) | $1,171.85 |
| | | | Claim Amount                   $1,075.89 | 7100-903 | | | $1,171.85 |
| | | | Interest                               $1.16 | 7990-003 | | | $1,171.85 |
| 01/14/2015 | 3004 | BOLSINGA, MICHAEL JOHN | Claim #: ; Amount Claimed: 92.72; Amount Allowed: 92.72;  Distribution Dividend: 100.00; | 8200-002 | | $92.72 | $1,079.13 |
| 01/14/2015 | 3004 | VOID: BOLSINGA, MICHAEL JOHN | Check printed on deposit paper.  Void and reissued | 8200-003 | | ($92.72) | $1,171.85 |
| 01/14/2015 | 3005 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $2.08 | $1,169.77 |
| 01/14/2015 | 3006 | Capital Recovery V, LLC | Claim #: 1; Amount Claimed: 1,075.89; Amount Allowed: 1,075.89;  Distribution Dividend: 100.00; | * | | $1,077.05 | $92.72 |
| | | | Claim Amount                   $(1,075.89) | 7100-900 | | | $92.72 |
| | | | Interest                               $(1.16) | 7990-000 | | | $92.72 |
| 01/14/2015 | 3007 | BOLSINGA, MICHAEL JOHN | Claim #: ; Amount Claimed: 92.72; Amount Allowed: 92.72;  Distribution Dividend: 100.00; | 8200-002 | | $92.72 | $0.00 |

| | | | | | SUBTOTALS | $1,556.00 | $1,556.00 |
|---|---|---|---|---|---|---|---|

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 14-00575-PSH | |
| **Case Name:** | BOLSINGA, MICHAEL JOHN | |
| **Primary Taxpayer ID #:** | **-***6619 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/9/2014 | |
| **For Period Ending:** | 4/21/2015 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******7501 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $1,556.00 | $1,556.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,556.00 | $1,556.00 | |
| | | | Less: Payments to debtors | | $0.00 | $92.72 | |
| | | | **Net** | | $1,556.00 | $1,463.28 | |

**For the period of  1/9/2014 to 4/21/2015**

| | |
|---|---|
| Total Compensable Receipts: | $1,556.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,556.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,370.56 |
| Total Non-Compensable Disbursements: | $185.44 |
| Total Comp/Non Comp  Disbursements: | $1,556.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 03/19/2014 to 4/21/2015**

| | |
|---|---|
| Total Compensable Receipts: | $1,556.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,556.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,370.56 |
| Total Non-Compensable Disbursements: | $185.44 |
| Total Comp/Non Comp  Disbursements: | $1,556.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-00575-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BOLSINGA, MICHAEL JOHN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6619 | Checking Acct #: | ******7501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/9/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/21/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,556.00 | $1,556.00 | $0.00 |

| For the period of 1/9/2014 to 4/21/2015 | | For the entire history of the case between 01/09/2014 to 4/21/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,556.00 | Total Compensable Receipts: | $1,556.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,556.00 | Total Comp/Non Comp Receipts: | $1,556.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,370.56 | Total Compensable Disbursements: | $1,370.56 |
| Total Non-Compensable Disbursements: | $185.44 | Total Non-Compensable Disbursements: | $185.44 |
| Total Comp/Non Comp Disbursements: | $1,556.00 | Total Comp/Non Comp Disbursements: | $1,556.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |